```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 16959
   HARRY LINTON JR
   MARY E LINTON                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7821    SSN XXX-XX-3429

----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
   The case was filed on 04/29/2004 and was confirmed 08/25/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  32.35% from remaining funds.

   The case was paid in full 11/20/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG       .00            .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE     634.43           .00          634.43
CHICAGO POST OFFICE EMP   SECURED          8145.17           .00         8145.17
US POSTAL SERVICE~        SECURED           730.44           .00          730.44
AMERICAN GENERAL FINANCE  SECURED           842.13         50.67          842.13
ECAST SETTLEMENT CORP     UNSECURED        1404.77           .00          454.41
ECAST SETTLEMENT CORP     UNSECURED        4560.45           .00         1475.21
RESURGENT ACQUISITION LL  UNSECURED        1105.11           .00          357.48
BROTHER LOAN & FINANCE    UNSECURED        1355.52           .00          438.48
COMMONWEALTH EDISON       UNSECURED OTH     808.47           .00          261.43
DOLLAR RENT A CAR         UNSECURED       NOT FILED          .00             .00
HOME DEPOT                UNSECURED       NOT FILED          .00             .00
HUMANA                    UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED         776.38           .00          251.14
NET 1ST BANK              UNSECURED       NOT FILED          .00             .00
NICOR GAS                 UNSECURED         685.40           .00          221.71
NORDSTROM FSB             UNSECURED         768.58           .00          248.62
D & N BANK                UNSECURED        6965.11           .00         2253.07
REPUBLIC BANK             UNSECURED       14355.49           .00         4643.71
RESURGENT ACQUISITION LL  UNSECURED        2051.31           .00          663.56
SEARS PAYMENT CENTER      UNSECURED       NOT FILED          .00             .00
WFNNB                     UNSECURED       NOT FILED          .00             .00
B-FIRST LLC               UNSECURED         186.33           .00           60.27
CHASE MANHATTAN MORTGAGE  COST OF COLLE      38.58           .00           38.58
CLARK RETAIL ENTERPRISES  UNSECURED         271.35           .00           87.78
ZALUTSKY & PINSKI LTD     REIMBURSEMENT     194.00           .00          194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                       1,347.71
DEBTOR REFUND             REFUND                                          236.88

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 16959 HARRY LINTON JR & MARY E LINTON
```

```
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    26,336.88

PRIORITY                                            194.00
SECURED                                          10,390.75
    INTEREST                                         50.67
UNSECURED                                        11,416.87
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              1,347.71
DEBTOR REFUND                                       236.88
                           ---------------     ---------------
TOTALS                     26,336.88             26,336.88
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 04 B 16959 HARRY LINTON JR & MARY E LINTON